UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Defendant. | No. 2:25-cv-00741-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 5, 7) |

　　　　Plaintiff John Brosnan is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 4 and 13, 2025, Plaintiff filed motions to proceed *in forma pauperis*. (Doc. Nos. 2, 5.) On August 12, 2025, the magistrate judge issued findings and recommendations recommending Plaintiff's first amended complaint be dismissed without leave to amend. (Doc. No. 7.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 7.) On August 26, 2025, Plaintiff filed objections to the magistrate judge's findings and recommendations. (Doc. No. 8.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

1

1 | including Plaintiff's objections, the court finds the findings and recommendations to be supported
2 | by the record and by proper analysis.
3 |     Accordingly,
4 |     1.    The findings and recommendations issued on August 12, 2025 (Doc. No. 7) are
5 |         ADOPTED in full;
6 |     2.    Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 5) are DENIED;
7 |     3.    Plaintiff's first amended complaint (Doc. No. 4) is DISMISSED without leave to
8 |         amend; and
9 |     4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2025**

Dena Coggins
United States District Judge

2